UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WILLIAM FINGERHUT                                                                                          PLAINTIFF

v.                                          No. 2:20-CV-02062

EBSCO INDUSTRIES, INC.                                                                                DEFENDANT

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 18th day of February, 2021.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
U.S. DISTRICT JUDGE